Decided January 19, 2000

---

TIMOTHY P. TAFT ET AL. *v.* WHEELABRATOR
PUTNAM, INC., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 359 (AC 18064), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the legislature's validating act could not cure a zoning commission's late publication of notice of its decision on a zoning application?"

SULLIVAN, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16241.

*Sheila A. Huddleston, Joseph P. Williams* and *John E. Wertam,* in support of the petition.

*Ernest J. Cotnoir,* in opposition.

Decided January 19, 2000

"Did the Appellate Court properly conclude that the legislature's validating act could not cure a zoning commission's late publication of notice of its decision on a zoning application?"

SULLIVAN, J., did not participate in the consideration or decision of this petition.